IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:23cr194-MHT
                            )            (WO)
LAVESTER DAMONTAE HOOD      )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Lavester Damontae Hood to receive: (a) empirically supported outpatient treatment for post-traumatic stress disorder from a qualified licensed mental health provider with training in trauma-focused care, as outlined by the American Psychological Association's Clinical Practice guideline recommendations for treating PTSD; (b) outpatient substance abuse treatment, which shall include therapy for substance abuse, and may include participation in

Narcotics Anonymous or a similar program with a sponsor; and (c) treatment for a sleep disorder if defendant Hood has been diagnosed with a sleep disorder, or if defendant Hood has not been evaluated for a sleep disorder and still suffers from insomnia, an evaluation for a sleep disorder from a qualified professional.

(2) The United States Probation Office shall ensure that, prior to any treatment, each treating professional receives a copy of the psychological evaluation conducted by Dr. Chastity N. Farr. *See* Psychological Evaluation (Doc. 28).

(3) It is further ORDERED that, within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Hood is faring in treatment and on supervised release generally.

DONE, this the 11th day of April, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE